UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

MELINDA HOWARD

    Plaintiff,

v.                                      CASE NO.:   2:18-cv-00061-MSD-LRL

PORTFOLIO RECOVERY ASSOCIATES, LLC

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** MELINDA HOWARD, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, MELINDA HOWARD, and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 2nd day of October, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

    Respectfully submitted,

| | |
|---|---|
| */s/Heather H. Jones* | */s/ William L. Downing* |
| Heather H. Jones, Esq. | William L. Downing, Esq. (VSB No.: 17704) |
| Florida Bar No. 0118974 | Consumer Legal Solutions, PC |
| THE CONSUMER PROTECTION FIRM, PLLC | 1071 BAY BREEZE DRIVE |
| 4030 Henderson Blvd. | Suffolk , Virginia   23435 |
| Tampa, FL   33629 | Telephone (757) 942-2554 |
| Telephone: (813) 500-1500, ext. 205 | Facsimile: (757) 942-2554 |
| Facsimile: (813) 435-2369 | Wdowninglaw@aol.com |
| Heather@TheConsumerProtectionFirm.com | Attorney for Plaintiff |
| *Attorney for Plaintiff(Pro Hac Vice)* | |