UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MELINDA HOWARD,

    Plaintiff,

v.                              Case No. 2:18-cv-00061

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

## ORDER

The parties herein have reported to the court that this matter is settled.  It is, therefore,

**ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice.  Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

    The Clerk shall forward copies of this order to all counsel of record.

                                        /s/ MSD
                                    Mark S. Davis
                                    United States District Judge
                                  Mark S. Davis, U.S. District Judge

Oct. 15, 2018